# United States Court of Appeals
## For the First Circuit

---

No. 11-1262

SOCIETY OF THE HOLY TRANSFIGURATION MONASTERY, INC.,

Plaintiff, Appellee,

v.

ARCHBISHOP GREGORY OF DENVER, COLORADO,

Defendant, Appellant.

---

**ERRATA SHEET**

The opinion of this Court issued on August 2, 2012, is amended as follows:

On the cover page, replace "Mark A. Fisher" with "Mark A. Fischer".